JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DARLING PATRICIA PINEDA SEVILLA,
Petitioner,
v.
KRISTI NOEM, et al.,
Respondents.

Case No. 5:26-cv-03770-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that the Petition is granted.

DATED: July 24, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE